IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIMMER SURGICAL, INC. and DORNOCH MEDICAL SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STRYKER CORPORATION and STRYKER SALES CORPORATION, <br><br> Defendants and Counterclaim Plaintiffs, <br><br> v. <br><br> ZIMMER, INC., ZIMMER SURGICAL, INC. and DORNOCH MEDICAL SYSTEMS, INC., <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C. A. No. 16-679-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 14, 2018, true and correct copies of (1) Plaintiffs and Counterclaim Defendants' Second Notice of Rule 30(b)(6) Deposition of Defendant and Counterclaim Plaintiff Stryker Corporation and (2) Plaintiffs and Counterclaim Defendants' Second Notice of Rule 30(b)(6) Deposition of Defendant and Counterclaim Plaintiff Stryker Sales Corporation were caused to be served on the following counsel in the manner indicated:

**BY E-MAIL**
Anne Shea Gaza
Samantha G. Wilson
Young, Conaway, Stargatt & Taylor
Rodney Square
1000 N. King Street
Wilmington, Delaware  19801

**BY E-MAIL**
Robert A. Surrette
Sandra Frantzen
Ryan J. Pianetto
Katherine E. Ramlose
Shaun Zhang
McAndrews, Held & Malloy, Ltd
500 West Madison Street
Chicago, IL 60661

| | |
|---|---|
| OF COUNSEL:<br><br>J. Michael Jakes<br>Kathleen A. Daley<br>Susan Y. Tull<br>Benjamin A Saidman<br>Scott A. Allen<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>202-408-4000<br>mike.jakes@finnegan.com<br>kathleen.daley@finnegan.com<br>susan.tull@finnegan.com<br>benjamin.saidman@finnegan.com<br>scott.allen@finnegan.com<br><br>Dated:  February 14, 2018 | */s/ Christine D. Haynes*<br>Frederick L. Cottrell, III (#2555)<br>Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>cottrell@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Plaintiffs Zimmer Surgical, Inc., and Dornoch Medical Systems, Inc.* |